ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2008 SEP -2 P 2: 12
CLERK

| | |
|---|---|
| LAMONT HOWARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 307-045 |
| ) | |
| FNU TRIPP, Doctor, Dodge State Prison, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections (doc. no. 16) have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Defendants Brown, Moore, Hobbs, Donald, Warren, and Sikes, Plaintiff's claim against Defendant Sanders based on her supervisory position, as well as Plaintiff's policy, grievance, request, and letter claims are **DISMISSED**.

SO ORDERED this ___ day of September, 2008, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE